ACCEPTED
5-18-00336-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/7/2018 4:36 PM
LISA MATZ
CLERK

No. 05-18-00336-CV

# In the Court of Appeals for the
# Fifth Judicial District at Dallas, Texas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
06/07/2018 4:36:57 PM
LISA MATZ
Clerk

NET WORTH REALTY, USA, LLC AND DALLAS METRO HOLDING, LLC
Appellants,

v.

IRMGARD DENNEY
Appellee.

On Appeal from
The 191st Judicial District Court of Dallas County, Texas
Cause No. DC-15-04329

## APPELLANTS' UNOPPOSED 2nd MOTION TO EXTEND TO TIME TO FILE APPELLANT'S BRIEF

Jesse D. Hoffman
State Bar No. 24058801
jhoffman@mccathernlaw.com
Sounia Senemar
State Bar No. 24103925
ssenemar@mccathernlaw.com

**MCCATHERN, PLLC**
3710 Rawlings, Suite 1600
Dallas, TX 75219
Phone: (214) 741-2662
Fax: (214) 741-4717

*Counsel for Appellants*

## APPELLANTS' UNOPPOSED 2nd MOTION
## TO EXTEND TIME TO FILE APPELLANT'S BRIEF

COME NOW, Appellants Net Worth Realty USA, LLC and Dallas Metro Holdings, LLC, and file this *2nd Motion to Extend Time to File Appellants' Brief*, and in support would show the Court as follows:

### I. BACKGROUND

This is an appeal from an order denying Appellants' Motion for Attorney's Fees and Motion for Leave to File First Amended Counterclaim. Appellants discovered while drafting their brief that many relevant pleadings from the trial court were not included in the Clerk's Record. Appellants requested a supplement to include the missing filings, and promptly sent payment via fedex to the Clerk, however the payment is taking longer to arrive than expected, and the Clerk will not release the supplemental record until paid. Appellants cannot plug in the record citations to their otherwise completed Appellant's Brief until the Supplemental Clerk's Record is released. Therefore, Appellant request a 2 week extension of time to file their brief, though they intend to file as soon as the Supplemental Record is available, hopefully sooner than 2 weeks from now.

### II. MOTION

Appellants request an extension of time to June 21, 2018, to file their opening brief. Under Appellate Rule 38.6(d), this Court may extend the time for

filing a brief on a motion complying with Appellate Rule 10.5(b).[1] In turn, Appellate Rule 10.5(b) requires that a motion to extend time to file a brief state: (A) the deadline for filing the item in question; (B) the length of the extension sought; (C) the facts relied on to reasonably explain the need for an extension; and (D) the number of previous extensions granted regarding the item in question.[2] Pursuant to Rule 10.5(b), Appellants state as follows:

**A. Deadline for Filing.** Appellant's current deadline is June 7, 2018.

**B. Length of the Extension Sought.** The length of the extension is 14 days.

**C. Need for Extension.** Appellants' counsel needs time to insert record citation once the Supplemental Clerk's Record becomes available.

**D. Prior Extensions.** Appellants have sought one previous extension.

### III.     CONCLUSION & PRAYER

WHEREFORE, Appellants respectfully request that this Court grant this Motion and extend Appellants' deadline to file its opening brief by 14 days from June 7, 2018 to June 21, 2018.

Respectfully Submitted,

/s/ Jesse D. Hoffman

Jesse D. Hoffman
State Bar No. 24058801
jhoffman@mccathernlaw.com
Sounia Senemar
State Bar No. 24103925
ssenemar@mccathernlaw.com

---

[1] TEX. R. APP. P. 38.6(d).

[2] TEX. R. APP. P. 10.5(b)(1).

**McCathern, PLLC**
3710 Rawlings, Suite 1600
Dallas, TX 75219
Phone: (214) 741-2662
Fax: (214) 741-4717

*Counsel for Appellants*

## DECLARATION

Pursuant to Section 132.001 of the Texas Civil Practices and Remedies Code and Section 322.007 of the Texas Business and Commerce Code, Declarant states as follows:

> My name is Jesse D. Hoffman, my date of birth is May 28, 1981, and my office address is 3710 Rawlins St., Suite 1600, Dallas, TX 75219. I declare under penalty of perjury that the facts set forth in the foregoing are true and correct.

Executed in Dallas County, State of Texas, on the 7th day of June, 2018.

/s/ Jesse D. Hoffman

Jesse D. Hoffman

## CERTIFICATE OF CONFERENCE

Pursuant to Texas Rule of Appellate Procedure 10.1(a)(5), I hereby certify that on June 7, 2018, I conferred with counsel for Appellee regarding this Motion, and said counsel stated that Appellee is not opposed to the relief sought herein.

/s/ Jesse D. Hoffman

Jesse D. Hoffman

## CERTIFICATE OF SERVICE

I certify that a true copy of this *Motion to Extend Time to File Appellants' Brief* was served on the following counsel in the manner indicated on June 7, 2018.

**Via Electronic Service**

Kevin J. Keith
Hiersche Hayward Drakeley Urbach
15303 Dallas Parkway, Suite 700
Addison, TX 75001
972-701-7000 – Phone
972-701-8765 - Fax
kkeith@hhdulaw.com

**Via Electronic Service**

Evan Lane (Van) Shaw and David J. Welch
Law Offices of Van Shaw
2723 Fairmount
Dallas, Texas 75201
214.754.7110
214.754.7115 fax
van@shawlaw.net
david@shawlaw.net
*Counsel for Appellee*

/s/ Jesse D. Hoffman

Jesse D. Hoffman